

**U. S. SMALL BUSINESS ADMINISTRATION**
RECEIVER FOR NEW VISTA CAPITAL FUND, LP
409 THIRD STREET, S.W., 6TH FLOOR
WASHINGTON, D.C. 20416

U. S. DISTRICT COURT - DE
MISC. CASE # 05-257

WRITER'S DIRECT TELEPHONE: (202) 205-7514

FAX NUMBER: (202) 205-6957

December 16, 2005

Mr. Peter T. Dalleo, Clerk of the Court
U.S. District Court, District of Delaware
J. Caleb Boggs Federal Building Lockbox 18
844 North King Street
Wilmington, DE 19801-3570

VIA UPS 2ND DAY DELIVERY



RECEIVED DEC 21 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Re:   United States of America v. New Vista Capital Fund, LP
      Civil Action No. C05 4187 JF PVT; Judge Jeremy Fogel

Dear Mr. Peter T. Dalleo:

This is to advise you that, in accordance with 15 U.S.C. § 687c, the U.S. District Court for the Northern District of California, San Jose Division, has taken exclusive jurisdiction of New Vista Capital Fund, LP, ("NVCF"), and the assets thereof, and has appointed the U.S. Small Business Administration ("SBA"), an agency of the federal government, as the Receiver.

A portion of the property of NVCF may be located in your jurisdiction. We therefore are enclosing for filing copies of the Complaint and Order establishing the Receivership, as required by 28 U.S.C. § 754. Please open as a miscellaneous case filing.

The United States District Court, in an order appointing SBA Receiver for NVCF, stayed all legal proceedings involving NVCF and prohibited the filing of any actions against the Receiver unless permission of the Court is first obtained.

The Receiver is in the process of ascertaining what and where legal proceedings pertaining to NVCF are pending. Should the Receiver learn of relevant legal proceedings within the jurisdiction of your Court, the Receiver will promptly notify you thereof.

We also have enclosed extra copies of the Order and Complaint, which we request that you stamp filed and return in the enclosed self-addressed stamped envelope.

Sincerely,

By: *Angela J. Wingard-Busch*
for Michele L. Pittman
Chief, Corporate Liquidation and Receivership Operations
Office of Liquidation